UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN ANTONIO EVANS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-1629 (RMC) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

On October 16, 2009, Plaintiff moved to compel Defendant to produce its personnel file on Hamilton Plummer, the driver of the bus that hit Plaintiff. *See* Dkt. # 38. While Plaintiff's counsel did, arguably, "confer in good faith" with Defendant's counsel in an attempt to resolve their discovery disputes, he did not "contact chambers to arrange for a telephone conference with the Court" prior to filing the instant discovery motion as required by the Scheduling Order entered in this matter on November 25, 2008. Scheduling Order [Dkt. # 10] ¶ 8. As discovery is closed, there should be no further disputes of this sort; nonetheless, the Court reminds Plaintiff's counsel to comply with the mandates of the Scheduling Order and all Court orders in the future.

Defendant filed an opposition to Plaintiff's motion to compel in which it indicated that it is willing to produce Mr. Plummer's personnel records with the condition that it may still object to the admissibility of these records at trial based on the Federal Rules of Evidence and any relevant case law. *See* Def.'s Opp'n [Dkt. # 41] ¶ 2. Defendant attached to its opposition an October 14, 2009, email exchange between counsel for Plaintiff and Defendant, in which Plaintiff's counsel

stated that he would file a motion to compel production within two days if he did not receive the relevant documents and Defendant's counsel responded that the documents were ready for production subject to the condition explained above, and Plaintiff should let Defendant know if this were acceptable. *See* Def.'s Opp'n, Ex.1. Apparently, Plaintiff found this condition unacceptable and filed its motion to compel on October 16.

Defendant's condition is not unreasonable. Accordingly, the Court will not order any further production from Defendant, and it is hereby

**ORDERED** that Plaintiff's Motion to Compel Discovery [Dkt. # 38] is **DENIED**.

**SO ORDERED**.


Date:   November 23, 2009                             /s/
                                        ROSEMARY M. COLLYER
                                        United States District Judge