IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN ANTONIO EVANS**, | : |
| | : |
| Plaintiff, | : |
| | : Case No. 1:08-cv-01629-RMC |
| v. | : |
| | : |
| **WASHINGTON METROPOLITAN** | : |
| **AREA TRANSIT AUTHORITY**, | : <u>Trial</u>: January 11, 2010 @ 9:30 a.m. |
| | : |
| | : <u>Pretrial</u>: January 6, 2010 @ 10:00 a.m. |
| Defendant. | : |

### <u>DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S MOTION IN LIMINE</u>

Defendant Washington Metropolitan Area Transit Authority ("WMATA") respectfully moves this Honorable Court to enter an Order precluding the following at the trial of this case:

1. The expert witness testimony of David Stopper on the issue of liability;

2. Any argument, evidence, testimony (including the opinion testimony of David Stopper) and jury instructions regarding the issue of spoliation, including but not limited to District of Columbia Standardized Civil Jury Instruction §3.04 Failure to Produce Stronger Available Evidence; and,

3. The expert witness testimonies of Stephen Wills, M.D., Estelle Davis, Ph.D. and Richard Lurito, Ph.D. on the issue of plaintiff's injuries and damages including but not limited testimony regarding prognoses, disability ratings, psychological/psychiatric injuries, future treatment and surgeries and future costs associated therewith and economic damages.

In support hereof, defendant WMATA submits the attached Memorandum of Points and Authorities, which refers to the reasons presented in defendant's Motion for Summary Judgment filed on August 17, 2009 (CM/ECF Document #28), defendant's Reply to Plaintiff's Opposition

to Motion for Summary Judgment filed on September 25, 2009 (CM/ECF Document #34) and defendant's Memorandum of Law on the Admissibility of the Expert Opinions of David Stopper (<u>Daubert</u> memorandum) filed on November 17, 2009 (CM/ECF Document #44), together with the attached exhibits.

                                          **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

                                          /s/ Nicholas S. Nunzio, Jr.
                                          Nicholas S. Nunzio, Jr. #362578
                                          Assistant General Counsel - WMATA
                                          600 Fifth Street, N.W.
                                          Washington, D.C.  20001
                                          Telephone:  (202) 962-1028
                                          Facsimile: (202) 962-2550
                                          E-mail:  nnunzio@wmata.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on this 11th day of December 2009, I will electronically file the foregoing **Defendant Washington Metropolitan Area Transit Authority's Motion In Limine, together with the Memorandum of Points and Authorities, Exhibits and Proposed Order,** with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Terrell N. Roberts, III, Esquire
Roberts & Wood
6801 Kenilworth Avenue, Suite 202
Riverdale, MD 20737

                                          /s/ Nicholas S. Nunzio, Jr.
                                          Nicholas S. Nunzio, Jr. #362578
                                          Assistant General Counsel - WMATA
                                          600 Fifth Street, N.W.
                                          Washington, D.C.  20001
                                          Telephone:  (202) 962-1028
                                          Facsimile: (202) 962-2550
                                          E-mail:  nnunzio@wmata.com