## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JOHN ANTONIO EVANS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1629 (RMC) |
| | ) | |
| **WASHINGTON METROPOLITAN** | ) | |
| **AREA TRANSIT AUTHORITY,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion filed concurrently herewith, t is hereby

**ORDERED** that Plaintiff's expert David Stopper shall be permitted to testify within the bounds set forth in the accompanying Memorandum Opinion; and it is

**FURTHER ORDERED** that Plaintiff shall be permitted to introduce evidence to rebut the presumption of his negligence resulting from his rear-end collision with the Subaru.

**SO ORDERED**.


Date:   December 16, 2009                          /s/
                                                   ROSEMARY M. COLLYER
                                                   United States District Judge