IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN ANTONIO EVANS**, | : |
| | : |
| Plaintiff, | : |
| | : Case No. 1:08-cv-01629-RMC |
| v. | : |
| | : |
| **WASHINGTON METROPOLITAN** | : |
| **AREA TRANSIT AUTHORITY**, | : |
| | : |
| Defendant. | : |

## VERDICT FORM

1.  **Do you find for the plaintiff John Antonio Evans against the defendant WMATA?**

    Yes ___   No ___

    (If your answer to Question 1 is "Yes," please answer Question 2.)

2.  **What damages, if any, do you award the plaintiff John Antonio Evans?**

    $_____

Date: _____          _____
                              **FOREPERSON**