IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN ANTONIO EVANS**, | : |
| | : |
| Plaintiff, | : |
| | : Case No. 1:08-cv-01629-RMC |
| v. | : |
| | : |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**, | : |
| | : |
| | : |
| Defendant. | : |

## VERDICT FORM

1. **Do you find that plaintiff John Antonio Evans has proven by a preponderance of the evidence that the defendant WMATA was negligent?**

   **Yes \_\_\_   No \_\_\_**

   (If your answer to Question 1 is "No," your deliberations are completed.  Have your foreperson sign this Verdict Form at the bottom of the last page.  If your answer to Question 1 is "Yes," please answer Question 2.)

2. **Do you find that defendant WMATA has proven by a preponderance of the evidence that plaintiff John Antonio Evans was contributorily negligent and/or assumed the risk of his injuries?**

   **Yes \_\_\_   No \_\_\_**

   (If your answer to Question 2 is "Yes", please answer Question No. 3 a-d.  If your answer to Question 2 is "No," proceed directly to Question 4.)

3. **Do you find that the plaintiff John Antonio Evans has proven by a preponderance of the evidence each of the following:**

      **a.**      **That he was in a position of danger caused by the negligence of both himself and the defendant?**

            **Yes \_\_\_  No \_\_\_**

      **b.**      **That he was oblivious of the danger or unable to extricate himself from the position of danger?**

            **Yes \_\_\_  No \_\_\_**

      **c.**      **That the defendant was aware, or by the exercise of reasonable care should have been aware of plaintiff's danger and obliviousness or inability to extricate himself from danger?**

            **Yes \_\_\_  No \_\_\_**

      **d.**      **That the defendant with means available to him was by the exercise of reasonable care able to avoid striking plaintiff after the defendant became aware of the plaintiff's danger and inability to extricate himself from danger and failed to do so?**

            **Yes \_\_\_  No \_\_\_**

(If one or more of your answers to Question No. 3 a.-d is or are "No," your deliberations are completed. Have your foreperson sign this Verdict Form at the bottom of the last page. If all your answers to Question 3 a.-d are "Yes," please answer Question No. 4.)

      **4.**      **Do you find that the plaintiff John Antonio Evans has proven by a preponderance of the evidence that his injuries and damages were caused by**

**Defendant WMATA negligence?**

**Yes \_\_\_ No \_\_\_**

(If your answer to Question 3 is "No," your deliberations are completed.  Have your foreperson sign this Verdict Form at the bottom of the last page.  If your answer to Question No. 4 is "Yes," please answer Question No. 5)

**5.     What damages, if any, do you award the plaintiff John Antonio Evans?**


$_____


**Date: _____**                              _____
                                                **FOREPERSON**