UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN ANTONIO EVANS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-1629 (RMC) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

This case is set for a pretrial conference on January 6, 2010, and trial on January 11, 2010. Plaintiff has suddenly produced new experts, new evidence, and new claims since mid-December 2009. As defendant suggests, the Court has two options: "[p]reclude the evidence and expert opinion testimony as requested [by defendant] and no prejudice results to the defendant; however, this does not bode well for the plaintiff. Alternatively, defendant has requested the extraordinary relief of a continuance." Def.'s Reply [Dkt. # 56] at 10.

The Court is appalled and chagrined that this case cannot proceed as planned but Plaintiff's sudden injection of new experts, new evidence, and new claims precludes a January 2010 trial. The alternative of barring Plaintiff from presenting such evidence and testimony would work its own injustice. Trial will be continued.

The pretrial conference set for January 6, 2010, will become a status and scheduling conference. To the extent that any outstanding motions in limine continue to have relevance, they can be addressed at that time. Plaintiff's counsel should come prepared to show cause why he should

not be sanctioned for discovery abuses.  <u>The January 6, 2010 conference is now scheduled for 10:30 a.m.</u>

**SO ORDERED**


Date:   January 4, 2010                                        /s/
                                                    ROSEMARY M. COLLYER
                                                    United States District Judge