UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN ANTONIO EVANS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-1629 (RMC) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Pursuant to the status conference held in open court on January 6, 2010, it is hereby

**ORDERED** that trial is set for **July 12, 2010, at 9:30 a.m.**, and a pretrial conference will be held on **June 30, 2010 at 10:00 a.m.**; and it is further

**ORDERED** that discovery is reopened until April 30, 2010; and it is further

**ORDERED** that Plaintiff's counsel shall pay Defendant's reasonable attorneys' fees associated with the preparation of Defendant's Supplemental Motion in Limine [Dkt. # 52]; and it is further

**ORDERED** that the parties shall supplement their joint pretrial statement no later than June 14, 2010.

Additionally, Plaintiff's counsel orally renewed Plaintiff's Motion to Compel Discovery. *See* Dkt. # 38. The Court previously denied this motion due to Plaintiff's counsel's failure to "contact chambers to arrange for a telephone conference" regarding this discovery dispute, as required by the Scheduling Order entered November 25, 2008, and because Plaintiff and

Defendant had not reached an agreement regarding the terms of disclosure for the requested discovery.  *See* Dkt. # 45.  However, as Plaintiff's counsel now represents that the parties have reached an agreement regarding the terms of disclosure, the Court will **GRANT** Plaintiff's renewed motion to compel.

**SO ORDERED**.


Date:   January 6, 2010                              /s/
                                                     ROSEMARY M. COLLYER
                                                     United States District Judge