UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN ANTONIO EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1629 (RMC) |
| | ) | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

ORDER

Defendant Washington Metropolitan Area Transit Authority ("WMATA") has filed a motion for leave to re-depose Plaintiff John Antonio Evans. Dkt. # 59. Mr. Evans was first deposed on January 5, 2009. Federal Rule of Civil Procedure 30 requires leave of Court to conduct a second deposition of a deponent. Fed. R. Civ. P. 30(a)(2)(A)(ii). Additionally, leave of Court is required to conduct the deposition of an individual who is currently incarcerated, as is Mr. Evans. *See* Fed. R. Civ. P. 30(a)(2)(B).

Mr. Evans now consents to WMATA's request for a deposition. Accordingly, it is hereby

**ORDERED** that Defendant WMATA's motion for leave to re-depose Plaintiff [Dkt. # 59] is **GRANTED**; and it is further

**ORDERED** that WMATA is permitted to conduct the deposition of Mr. Evans for the limited purposes set forth in its motion; and it is further

**ORDERED** that WMATA shall conduct the deposition of Mr. Evans no later than

April 30, 2010.

        **SO ORDERED**.

Date:  April 15, 2010　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　ROSEMARY M. COLLYER
　　　　　　　　　　　　　　　　　　　　United States District Judge