UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN ANTONIO EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-1629 (RMC) |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

1. Do you find that plaintiff John Antonio Evans has proven by a preponderance of the evidence that the defendant WMATA was negligent and such negligence proximately caused the plaintiff's injuries?

Yes  X   No ___

(If your answer to Question 1 is "No," your deliberations are completed. Please have your foreperson sign this Verdict Form at the bottom of the last page. If your answer to Question 1 is "Yes," please answer Question 2.)

2. Do you find that defendant WMATA has proven by a preponderance of the evidence that plaintiff John Antonio Evans was contributorily negligent?

Yes  X   No ___

(If your answer to Question 2 is "Yes," please answer Question 3 a-d. If your answer to Question 2 is "No," your deliberations are completed. Please have your foreperson sign this Verdict Form at the bottom of the last page.)

3. Do you find that the plaintiff John Antonio Evans has proven by a

preponderance of the evidence each of the following:

    a.    That he was in a position of danger caused by the negligence of both himself and the defendant?

        Yes ___ No _X_

    b.    That he was unaware of the danger or unable to remove himself from the position of danger?

        Yes _X_ No ___

    c.    That the defendant was aware, or by the exercise of reasonable care should have been aware of plaintiff's danger and obliviousness or inability to extricate himself from danger?

        Yes _X_ No ___

    d.    That the defendant had sufficient time and opportunity, by the exercise of reasonable care, to avoid striking the plaintiff, and the defendant failed to do so?

        Yes ___ No _X_

(If one or more of your answers to Question 3 a-d is or are "No," your deliberations are completed. Please have your foreperson sign this Verdict Form at the bottom of the last page. If all your answers to Question 3 a-d are "Yes," your deliberations are completed. Please have your foreperson sign this Verdict Form at the bottom of the last page.)

Date: 6/20/2011

2