Civil Judgment (Rev. DC 03/10)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN ANTONIO EVANS

    Plaintiff(s)

v.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

    Defendant(s)

Civil Action No. 08-1629

## JUDGMENT ON THE VERDICT
### FOR DEFENDANT

This cause having been tried by the Court and a Jury, before the Honorable  Rosemary M. Collyer , Judge presiding, and the issues having been duly tried and the Jury having rendered its verdict; now therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

JOHN ANTONIO EVANS

take nothing on the complaint against the defendant(s):

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

and that the said defendant(s) have and recover costs from the said plaintiff(s).

ANGELA D. CAESAR, Clerk

Dated: July 1, 2011          By: _____
                                                     Deputy Clerk