Civil Judgment (Rev. DC 03/10)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

JOHN ANTONIO EVANS

      Plaintifff(s)

      v.                                                Civil Action No. 08-1629

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

      Defendant(s)

## JUDGMENT ON THE VERDICT
### FOR DEFENDANT

This cause having been tried by the Court and a Jury, before the Honorable

_____Rosemary M. Collyer_____ , Judge presiding, and the issues having been duly

tried and the Jury having rendered its verdict; now therefore, pursuant to the verdict,

    IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

JOHN ANTONIO EVANS

take nothing on the complaint against the defendant(s):

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

and that the said defendant(s) have and recover costs from the said plaintiff(s).

                                  ANGELA D. CAESAR, Clerk

Dated: __July 1, 2011__         By: _____
                                                       Deputy Clerk