UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN ANTONIO EVANS )<br> )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY )<br> )<br>  Defendant. )<br> )<br> ) | Case No. 1:08-cv-1629 (RMC) |

**ORDER**

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Plaintiff's Motion for New Trial [Dkt. # 92] is **DENIED**.

Accordingly, this case is now closed.

**SO ORDERED**.


Date: October 6, 2011                                      /s/
                                                ROSEMARY M. COLLYER
                                                United States District Judge