# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

John Antonio Evans
_____
Plaintiff

vs.                            Civil Action No. 1:08-cv-01629-RMC

Washington Metropolitan Area Transit Authority
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this **2nd** day of **November**, 20**11**, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the **6th** day of **October**, 20**11**

in favor of

against said

_____
John Antonio Evans
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

**RECEIVED**

NOV - 2 2011

Clerk, U S. District & Bankruptcy
Courts for the District of Columbia